UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSA KOENIG, NILA CABISTAN, JENNIE HOLGUIN, SHARON MURPHY, SAMANTHA REX, ANA SANDEZ, ZENA PAVIA, AMIRAH HUSBANDS, and PEARL AMAECHI individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIME CRIME, INC., a New York corporation,<br><br>Defendant. | Case No. 2:16-cv-00503-PSG (JEMx)<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>Action filed: January 21, 2016 |

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET
SAN FRANCISCO, CA 94104

28788875

1  The Parties have jointly submitted a proposed Protective Order to the Court
2  for approval. The Court, having considered the proposed Protective Order, finds
3  that it should be, and hereby is, ENTERED in this case. Therefore, PURSUANT
4  TO STIPULATION, IT IS SO ORDERED.

5

6  Dated: July 21, 2016

_____
~~Hon. Philip S. Gutierrez~~
~~United States District Court Judge~~
JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET
SAN FRANCISCO, CA 94104

28788875

- 1 -

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER