Case 2:16-cv-00503-PSG-JEM Document 42-1 Filed 04/14/17 Page 1 of 2 Page ID #:190




APR 14 2017

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSA KOENIG, NILA CABISTAN, JENNIE HOLGUIN, SAMANTHA REX, ANA SANDEZ, ZENA PAVIA, AMIRAH HUSBANDS, and PEARL AMAECHI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIME CRIME, INC., a New York corporation,<br><br>Defendant. | Case No. 2:16-CV-00503 PSG (JEMx)<br><br>**[PROPOSED] ORDER SETTING DEADLINE FOR PLAINTIFFS TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL AND VACATING CIVIL TRIAL JURY ORDER**<br><br>Action filed: January 21, 2016 |

Pursuant to the "Joint Notice of Settlement and Request to Vacate Deadlines" filed jointly by Plaintiffs and Lime Crime, Inc., and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. That Plaintiffs be given until May 11, 2017, twenty-one (21) days from the date of this Order, to file their motion for preliminary approval of settlement; and

2. That the Civil Jury Trial Order filed by this Court on July 20, 2016, be vacated and all deadlines currently scheduled on the docket be removed.

Dated: 4/20/17

HON. PHILIP S. GUTIERREZ
Judge of the United States District Court
Central District of California