**FEDERMAN & SHERWOOD**
William B. Federman, *Pro Hac Vice*
Joshua D. Wells, *Pro Hac Vice*
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
jdw@federmanlaw.com

*Counsel for Plaintiffs*
[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSA KOENIG, NILA CABISTAN, JENNIE HOLGUIN, SAMANTHA REX, ANA SANDEZ, ZENA PAVIA, AMIRAH HUSBANDS, and PEARL AMAECHI individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIME CRIME, INC., a New York corporation,<br><br>Defendant. | Case No. 2:16-CV-00503 PSG (JEMx)<br><br>**Class Action**<br><br>**PLAINTIFFS' NOTICE AND UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT AWARDS TO PLAINTIFFS**<br><br>Hearing: April 2, 2018 at 1:30 p.m.<br>Judge: Philip S. Gutierrez |

PLEASE TAKE NOTICE that Lead Plaintiffs Tessa Koenig ("Koenig"), Nila Cabistan ("Cabistan"), Jennie Holguin ("Holguin"), Samantha Rex ("Rex"), Ana Sandez ("Sandez"), Zena Pavia ("Pavia"), Amirah Husbands ("Husbands"), And Pearl Amaechi ("Amaechi") (collectively, the "Lead Plaintiffs") will, and hereby do, move the Court for an Order: (1) awarding attorneys' fees and litigation expenses in an amount equal to $140,000; and (2) awarding Lead Plaintiffs the amounts of $1,000 each for their efforts expended in this action for the benefit of the Class.

Pursuant to Local Rule 7-3, Lead Counsel has met and conferred with counsel for Defendants, and Defendants do not oppose this motion.

Pursuant to the Court's Order entered on January 10, 2018 (Dkt. No. 52), this Motion is set for hearing on April 2, 2018, at 1:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable Philip S. Gutierrez of the United States District Court for the Central District of California, Courtroom 6A, 6th Floor, 350 W. 1st Street, Los Angeles, California 90012.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law in Support of Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Reimbursement Awards to Plaintiffs, submitted herewith; the Declaration of William B. Federman; the Declaration of Marc Wall (Dkt. No. 55-2); the Stipulation of Settlement and the exhibits thereto, dated October 2, 2017 (Dkt. No. 47-1); the Declaration of Cornelius P. Dukelow; the Declaration of Robert S. Green; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: February 8, 2018                    Respectfully submitted,

                                           /s/ William B. Federman
                                           William B. Federman

William B. Federman, *Pro Hac Vice*
Joshua D. Wells, *Pro Hac Vice*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
jdw@federmanlaw.com

-and-

James Robert Noblin, State Bar No. 114442
Robert S. Green, State Bar No. 136183
**GREEN & NOBLIN, P.C.**
4500 East Pacific Coast Hwy, Fourth Floor
Long Beach, California 90804
Telephone: (562) 391-2487
Facsimile: (415) 477-6710

-and-

2200 Larkspur Landing Circle, Suite 101
Larkspur, California 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
gnecf@classcounsel.com

-and-

Cornelius P. Dukelow, *Pro Hac Vice*
**ABINGTON COLE + ELLERY**
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
(918) 588-3400
cdukelow@abingtonlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, February 08, 2018.

/s/ William B. Federman
William B. Federman